UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>F. VILLALOBOS, et al.,<br><br>    Defendants. | CASE NO. CV 12-2383-VAP (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has expired and no objections have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts it as its own findings and conclusions.

    IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted in part and denied in part and Plaintiff is granted leave to file a Second Amended Complaint, no later than March 14, 2014.

    DATED:    February 14, 2014

                                    _____
                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_CV12-2383VAP(PJW)-WALKER-Ord.wpd