JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | CASE NO. CV 12-2383-VAP (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| F. VILLALOBOS, et. al. | |
| Defendants. | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 1/4/16

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\WALKER 2383\judgment.wpd